**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARKAVIOUS BUSHRA JOHNSON,  ) NO. CV 19-4958-FMO(E)
                            )
                Petitioner,  )
                            )
        v.                  )              JUDGMENT
                            )
PEOPLE OF CALIFORNIA, et al., )
                            )
                            )
                Respondents.  )
                            )
_____)

    Pursuant to the Order Accepting Findings, Conclusions and

Recommendations of United States Magistrate Judge,


    IT IS ADJUDGED that the Petition is denied and dismissed without

prejudice.


        DATED: July 22, 2019.


                        _____/s/_____
                            FERNANDO M. OLGUIN
                        UNITED STATES DISTRICT JUDGE